IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hodges, Nikita | Case Number: 07 B 04016 |
| | Judge: Hollis, Pamela S |
| Printed: 11/04/08 | Filed: 3/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 22, 2008
Confirmed: July 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,044.00 | |
| Secured: | | 11,212.93 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 831.07 |
| Other Funds: | | 0.00 |
| Totals: | 15,044.00 | 15,044.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | CitiMortgage Inc | Secured | 12,613.32 | 10,299.98 |
| 3. | CitiMortgage Inc | Secured | 12,153.42 | 912.95 |
| 4. | Resurgent Capital Services | Unsecured | 1,528.37 | 0.00 |
| 5. | B-Line LLC | Unsecured | 12,469.71 | 0.00 |
| 6. | Capital One | Unsecured | | No Claim Filed |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| 9. | Midland Credit Management | Unsecured | | No Claim Filed |
| | | | $ 41,764.82 | $ 14,212.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 720.57 |
| 6.5% | 110.50 |
| | $ 831.07 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hodges, Nikita

Printed: 11/04/08

Case Number:  07 B 04016
Judge:  Hollis, Pamela S
Filed:  3/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

